**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:04-cr-244-J-32TEM

RUSSELL LEE PARKER, JR.

## ORDER

This case is before the Court on Defendant Russell Lee Parker, Jr.'s Motion for Release Pending Appeal and Request for Expedited Ruling (Doc. 414). Defendant's scheduled self-reporting date to the Bureau of Prisons' facility in Ashland, Kentucky is Monday, September 25, 2006. On September 19, 2006, defendant filed the instant emergency motion. The government filed its response in opposition on September 21, 2006. (Doc. 431).

For an individual convicted of an offense to be entitled to release pending appeal pursuant to 18 U.S.C. § 3143(b)(1), a Court must find: (1) by clear and convincing evidence that the person is not likely to flee or pose a danger to the community if released; 2) the appeal is not for purposes of delay and 3) the appeal raises a substantial question of law or fact likely to result in reversal or an order for new trial. As to the "substantial question" portion of the analysis, it is required that the appeal not only raise a substantial question of law or fact, but also that "if the substantial question is determined favorably to the defendant on appeal, that decision

is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed." United States v. Giancola, 754 F.2d 898, 900 (11th Cir. 1985) (quoting United States v. Miller, 753 F.2d 19, 23-24 (3d Cir. 1985)). Having reviewed the positions of the parties, the Court determines that defendant fails to meet the "substantial question" requirement as set forth in 18 U.S.C. § 3143(b)(1) and Giancola. Thus, defendant's motion is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of September 2006.

TIMOTHY J. CORRIGAN
United States District Judge

t.
Copies to counsel of record